IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ABDOULAYE SENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| EXPERIAN | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1446, and Local Rule 103.5, Defendant Experian files this Notice of Removal and states as follows:

1. Experian is a defendant in Case Number 060100178172016 filed in the District Court of Maryland for Montgomery County (the "State Court Action").

2. Plaintiff filed his complaint in the District Court of Maryland for Montgomery County on December 13, 2016. *See* District Court Complaint, attached hereto as **Exhibit 1**. Experian was served with a copy of the Summons and Complaint on December 26, 2016. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446, as thirty (30) days have not elapsed since Experian's receipt of the summons or initial pleading setting forth Plaintiff's claim for relief.

3. The State Court Action includes claims that Experian violated the Fair Credit Reporting Act. See Complaint. Thus this Court has original jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

4. This Notice of Removal will be filed promptly in the State Court Action and served upon Plaintiff.

5.  Copies of process and pleadings in the State Court Action which have been received by Experian are attached hereto as set forth below.

- Plaintiff's Complaint, filed in the District Court for Montgomery County on December 13, 2016, attached hereto as **Exhibit 1**.

- Writ of Summons to Experian, issued by the DistrictCourt for Montgomery County on December 15, 2016, attached hereto as **Exhibit 2**.

WHEREFORE, Experian removes the subject action from the District Court for Montgomery County to this United States District Court for the District of Maryland.

Dated: January 17, 2017

SHULMAN, ROGERS, GANDAL,
  PORDY & ECKER, P.A.

By: _____
Joy C. Einstein
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 945-9250
Facsimile: (301) 230-2891
e-mail: *jeinstein@shulmanrogers.com*

*Counsel for Experian*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Notice of Removal and Defendant's Civil Cover Sheet was served by first class mail, postage prepaid, on this 17th day of January, 2017, to:

Abdoulaye Sene
10010 Vanderbilt Circle, Apt. 11
Rockville, MD 20850

_____
Joy C. Einstein