UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ABDOULAYE SENE,

   Plaintiff,

v.

EXPERIAN,

   Defendant.

Civil Action No. TDC-17-0152

## ORDER

On March 13, 2017, the parties filed a Stipulation of Dismissal. ECF No. 14. The Court having reviewed the Stipulation, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.

Date: March 20, 2017

THEODORE D. CHUANG
United States District Judge